# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ANTONIO BAYNES            *

     v.                    *            Civil No.:  CCB-17-3473

P.O. GIUSSEPPE POLANCO, et al.    *

***

## ORDER

The plaintiff Antonio Baynes, now representing himself, brought suit against various defendants including Officer Giusseppe Polanco, Officer Terrell Howard, Officer Alexandros Haziminas, and the City of Baltimore.

It appears that Baynes failed to serve Officers Polanco and Haziminas.  The City of Baltimore already has been dismissed.  Officer Howard has filed a motion for summary judgment (ECF No. 32), which has not been opposed.

A review of the record makes it clear that Baynes has proffered no evidence to support his claims and has failed to prosecute those claims.  Accordingly, it is hereby Ordered that:

1. Officer Howard's motion is Granted;

2. Judgment is entered in favor of the defendant Terrell Howard and against the plaintiff Antonio Baynes;

3. the claims against all other defendants are Dismissed;

4. the Clerk shall CLOSE this case; and

5. the Clerk shall SEND a copy of this Order to the plaintiff at his last known address and to counsel of record.

_____
4/8/19
Date

_____/S/_____
Catherine C. Blake
United States District Judge